UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOSCOT MANAGEMENT LLC,
       Plaintiff,

   -v-

NANUSHKA US, INC. et al.,
       Defendants.

20-CV-1759 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

 Defendants were served on May 21, 2020. On July 17, 2020, the Court granted Defendants an extension to answer or otherwise respond to the complaint to July 28, 2020. As of August 3, 2020, Defendants have yet to file any response to the complaint.

 If Defendants do not file an answer or otherwise respond to the complaint by August 7, 2020, then Plaintiff is directed to notify the Court whether it intends to move for default judgment.

 In the absence of an answer from Defendants, if Plaintiff fails by August 21, 2020, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

 SO ORDERED.

Dated: August 3, 2020
   New York, New York

_____
J. PAUL OETKEN
United States District Judge